August 25, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JESSICA ALLEN, Appellant

NO. 14-14-00426-CV                    V.

JOSHUA ALLEN, Appellee
_____

    This cause, an appeal from the judgment in favor of appellee, Joshua Allen, signed February 18, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

    We order appellant, Jessica Allen, to pay all costs incurred in this appeal.

    We further order this decision certified below for observance.